IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL EARL MURPHY, JR.**                                                                 **PLAINTIFF**

**v.**                                                       **CIVIL ACTION NO. 1:24-cv-00036-TBM-RPM**

**ANGELA BROWN**                                                                                **DEFENDANT**

### FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this the 10th day of July, 2024.

                                                                              _____
                                                                              **TAYLOR B. McNEEL**
                                                                              **UNITED STATES DISTRICT JUDGE**